No. 11-5769. Jose Matos, Petitioner v. John Kerestes, Superintendent, State Correctional Institution at Mahanoy, et al.

565 U.S. 950, 132 S. Ct. 416, 181 L. Ed. 2d 272, 2011 U.S. LEXIS 7311.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 11-5770. Marcus L. Rushell, Petitioner v. John Prelesnik, Warden.

565 U.S. 951, 132 S. Ct. 416, 181 L. Ed. 2d 272, 2011 U.S. LEXIS 7319.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-5771. Rico R. McCoy, Petitioner v. Kim T. Thomas, Interim Commissioner, Alabama Department of Corrections, et al.

565 U.S. 951, 132 S. Ct. 416, 181 L. Ed. 2d 272, 2011 U.S. LEXIS 7428, ▮

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 427 Fed. Appx. 739.

No. 11-5772. Charles Montague, Petitioner v. David Sexton, Warden.

565 U.S. 951, 132 S. Ct. 416, 181 L. Ed. 2d 272, 2011 U.S. LEXIS 7263.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-5773. Nina Shahin, Petitioner v. Delaware Federal Credit Union.

565 U.S. 951, 132 S. Ct. 417, 181 L. Ed. 2d 272, 2011 U.S. LEXIS 7452.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 11-5774. Quincy Thompson, Petitioner v. Illinois.

565 U.S. 951, 132 S. Ct. 417, 181 L. Ed. 2d 272, 2011 U.S. LEXIS 7345.

October 11, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 404 Ill. App. 3d 1171, 374 Ill. Dec. 1078, 996 N.E.2d 773.

No. 11-5775. Glenford G. Thompson, Petitioner v. John E. Wetzel, Secretary, Pennsylvania Department of Corrections, et al.

565 U.S. 951, 132 S. Ct. 417, 181 L. Ed. 2d 272, 2011 U.S. LEXIS 7261, ▮

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 412 Fed. Appx. 483.

No. 11-5779. David Anthony Stebbins, Petitioner v. Reliable Heat & Air, LLC, et al.

565 U.S. 951, 132 S. Ct. 417, 181 L. Ed. 2d 272, 2011 U.S. LEXIS 7317.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.